UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION            _____

LEE HALL,

                Case No.: 8:16-CV-1279

        Plaintiff

                **REPLY IN SUPPORT**
                **OF DEFENDANT'S MOTION TO**
                **DISMISS**

  v.

GLOBAL CREDIT & COLLECTION CORP.,
           Defendant
_____

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
## TO FILE A REPLY TO PLAINTIFFS' RESPONSE IN
## OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

  COMES NOW, Defendant, Global Credit & Collection Corp. (hereinafter referred to as "Defendant" or "Global") by and through its undersigned counsel, pursuant to Middle District of Florida Local Rule 3.01(c), and hereby files this Unopposed Motion for Leave to File a Reply to Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss, and states the following in support thereof:

1. This matter involves allegations that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"). *See,* DE 1, generally.

2. On August 1, 2016, Defendant filed its Motion to Dismiss. *See,* DE 5.

3. On August 11, 2016, Plaintiff filed his Response in Opposition to Defendant's Motion to Dismiss. *See,* DE 6.

4. In his Response, Plaintiff argues among other issues that case of *Tourgeman v. Collins Fin. Servs.*, 755 F.3d 1109 (9th Cir. 2014) is persuasive in this case. *See,* DE

6, generally. Furthermore, Defendant would like to address the arguments made by Plaintiff relative to 15 U.S.C. § 1692a(2) and 15 U.S.C. § 1692e.

5. Middle District of Florida Local Rule 3.01(c) provides that "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave."

6. Through the instant Motion, Defendant respectfully requests leave to file a reply to Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment in order to address the arguments raised by Plaintiffs in their Response. Defendant's reply would not exceed 6 pages and would be filed within 2 days of the entry of an order granting the instant motion.

7. **Pursuant to Local Rule 3.01(g)**, the undersigned hereby certifies that he has conferred with Plaintiff's counsel with respect to the relief requested herein and has been informed that Plaintiff does not oppose such relief.

WHEREFORE, Defendant respectfully requests an order from this honorable Court GRANTING Defendant's Motion for Leave to File a Reply to Plaintiffs' Response in Opposition to Defendant's Motion Dismiss and permitting Defendant to file a Reply not to exceed 6 pages within 2 days of the entry of an order granting the instant Motion.

**[Attorney signature appears on the following page]**

        Respectfully submitted by:

        /s/ Dale T. Golden
        DALE T. GOLDEN, ESQ.
        Florida Bar No.: 0094080

        **GOLDEN SCAZ GAGAIN, PLLC**
        201 North Armenia Avenue
        Tampa, Florida 33609-2303
        Phone: (813) 251-5500
        Fax: (813) 251-3675
        dgolden@gsgfirm.com
        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 22, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Dale T. Golden
        DALE T. GOLDEN, ESQ.
        Florida Bar No.: 0094080