**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEE HALL,

      Plaintiff,

v.                                             Case No: 8:16-cv-1279-T-30AEP

GLOBAL CREDIT & COLLECTION
CORPORATION,

      Defendant.

_____

## <u>ORDER OF DISMISSAL</u>

Before the Court is the Stipulation of Dismissal (Dkt. #10).   Upon review and

consideration, it is

      **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed with prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 1st day of September, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record